

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -4 P 1:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
*************************
JOHN WECKESSER, JR.,      *
         Plaintiff        *   C.A. NO.: 03-12448-REK
                          *
v.                        *   COMPLAINT
                          *
F/V KATRINA LEE and       *
CPR FISHING, INC.         *
         Defendants       *
*************************
```

SCANNED
DATE: 12-4-03
BY: F.ori

## THE PARTIES

1. The plaintiff, **John Weckesser, Jr.**, is a resident of Acushnet, Massachusetts.

2. The defendant, CPR Fishing, Inc., is a corporation with a principal place of business in Wakefield, Rhode Island and at all times hereinafter referred to, owned, operated and/or controlled the F/V KATRINA LEE.

## JURISDICTION

3. This is a case of Maritime jurisdiction pursuant to 28 U.S.C. §1331 and §1333.

## FACTUAL ALLEGATIONS

4. At all times material hereto, the plaintiff, John Weckesser, Jr. was the owner and captain the F/V LONELY HUNTER.

5. On or about September 8, 2003, the F/V LONELY HUNTER was in navigable waters conducting fishing operations and was in the process of "hauling back." The vessel had its green and white side running lights and deck lights on

and was very well illuminated.

6. At approximately 0130 hours on September 8, 2003, the F/V KATRINA LEE collided with the F/V LONELY HUNTER, dragging the F/V LONELY HUNTER for a substantial distance and capsizing and sinking the said F/V LONELY HUNTER. As a result of the negligence of the F/V KATRINA LEE, two of the crewmembers aboard the said vessel were killed. The plaintiff, John Weckesser, Jr. survived, although severely injured, and was subsequently rescued.

7. As a proximate cause of the defendant's negligence, while the plaintiff was in the exercise of due care and in the performance of his duties, he sustained severe and painful personal injuries and emotional distress, pain and suffering, as well as loss of earnings including an impairment of his future earning capacity.

8. As a direct and proximate cause of the defendant's negligence, the F/V LONELY HUNTER was caused to capsize and sink.

## COUNT I
(Negligence)

9. Plaintiff incorporates herein each and every allegation supra.

10. That the master and crew of the defendant's vessel committed the following acts and/or omissions. Said tortious conduct was the sole proximate cause of the collision and sinking:

1. The master of the F/V KATRINA LEE and those on board said ship failed to keep a proper or any lookout;

2. The owner and/or operator of the F/V KATRINA LEE failed to properly instruct the master of the F/V KATRINA LEE and those onboard to post and keep proper lookout;

3. The master and those on board the F/V KATRINA LEE failed to use all available means to determine if a risk of collision existed;

4. The master and those on board the F/V KATRINA LEE failed to make proper or any use of the F/V KATRINA Lee's radar and/or other navigational equipment to obtain early warning of a risk of a collision or to use radar plotting or equivalent systematic observations to avoid the risk of a collision;

5. The master of the F/V KATRINA LEE and those on board allowed said ship to proceed at an excessive rate of speed;

6. The master of the F/V KATRINA LEE and those on board failed to take proper or any action to avoid collision or to stop or reverse their engines in due time in order to avoid the collision.

7. The master of the F/V KATRINA LEE and those on board failed to alter course when collision became imminent;

8. The owners and/or operators of the F/V KATRINA LEE failed to properly instruct the master of the F/V KATRINA LEE and those on board concerning procedures to follow when approaching other vessels, or any procedures to follow when collision appears to be a possibility;

9. The master of the F/V KATRINA LEE and those on board failed to observe the statutory regulations governing the seamanship standards for maneuvering at sea.

10. In other respects as will be shown at trial.

10. As a result of the said injuries, the plaintiff has suffered great pain of body and anguish of mind, lost a great deal of time from his usual work, incurred medical and hospital expenses, and has suffered and will suffer other damages as will be shown at the trial.

## REQUEST FOR RELIEF

1. Under Count I, that this court enters judgment in favor of the

plaintiff against the defendant.

2. For such other relief as this court deems appropriate.

COUNT II
Vessel Damage

11. Plaintiff incorporates herein each and every allegation supra.

12. As a result of the defendant's negligence, the F/V KATRINA LEE collided with the F/V LONELY HUNTER, which is owned by the plaintiff and caused said vessel to sink. The plaintiff has sustained monetary loss as a result of t his negligence of the defendant.

REQUEST FOR RELIEF

1. Under Count I, that this court enter judgment in favor of the plaintiff against the defendant.

2. For such other relief as this court deems appropriate.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.

Respectfully submitted
by his attorney,

*David B. Kaplan*
DAVID B. KAPLAN #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA  02205-1404
617/261-0080

Dated: December 3, 2003