AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 19 A 10: 47
U.S. DISTRICT COURT
DISTRICT OF MASS

JOHN WECKESSER, JR.

**SUMMONS IN A CIVIL ACTION**

v.

CASE NUMBER: 03-12448 REK

F/V KATRINA LEE and
CFR FISHING, INC.

TO: (Name and Address of Defendant)

CFR FISHING, INC.
336 Main Street
Wakefield, RI 02879

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
KAPLAN BOND GROUP
BOSTON FISH PIER, WEST BUILDING II
SUITE 304
BOSTON, MA 02110

(617) 261-0080

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

DEC 0 4 2003
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/10/03 |
| NAME OF SERVER (PRINT) Thomas C. Heslop | TITLE Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by delivering in hand to CFR Fishing, Inc c/o Robert Pasquazzi, CPA, Markarian & Meehan, CPA, 336 Main St, Wakefield, RI.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/10/03
*Date*

Signature of Server: Thomas C. Heslop

Address of Server: 118 Willow St., Reading, MA

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.