FILED
IN CLERKS OFFICE

2004 JAN 16 A 11:08

U.S. DISTRICT COURT
DISTRICT OF MASS.

JRO:kb 37156 \pleading\37156entry.wpd

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WECKSESSER, JR. | ) |
| | ) |
| VS. | )   C.A. No. 03-12448 REK |
| | ) |
| F/V KATRINA LEE and | ) |
| CPR FISHING, INC. | ) |

## ENTRY OF APPEARANCE

I, J. Renn Olenn, Esq., hereby enter my appearance on behalf of defendants, F/V Katrina Lee and CPR Fishing, Inc., in the above-entitled matter.

DEFENDANTS,
By Their Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on   1-14-04   to:

David B. Kaplan, Esq.
The Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210