JRO:kb 37156 \pleading\37156stip.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN WECKSESSER, JR.

    VS.

F/V KATRINA LEE and
CPR FISHING, INC.

)
)
)
)
)
)
)

C.A. No. 03-12448 REK

## STIPULATION

    Now come the parties and stipulate that discovery between them may be exchanged to include interrogatories, depositions (witness, party or documentary), as well as examinations or inspections in advance of the 16(g) hearing.

_David B Kaplan_
David B. Kaplan, Esq. BBO#258540
**Attorney for Plaintiff**
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA 02205-1404
PHONE: (617)261-0080

_J. Renn Olenn_
J. Renn Olenn, Esq. BBO#642090
**Attorney for Defendants**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Dated: _1/16/04_