JRO:CLI:ci/pleading/37156stiptomed.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN WECKESSER | ) | |
| | ) | |
| VS. | ) | C.A. No. 03-12448 REK |
| | ) | |
| F/V KATRINA LEE and | ) | |
| CPR FISHING, INC. | ) | |

### STIPULATION

In the above-entitled matter, it is hereby stipulated to by the parties that any and all medical records produced pursuant to plaintiff's signed medical authorization shall be considered to be properly authenticated without the issuance of subpoena or the personal appearance of the keeper of records. Copies of any and all records produced pursuant to plaintiff's signed medical authorization will be made for plaintiff's counsel.

PLAINTIFF, John Weckesser
By his Attorney:

*/s/ David B. Kaplan*
David B. Kaplan, Esq.
The Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210
PHONE:   (617) 875-7001
FAX:     (617) 261-1558

DEFENDANT, CPR Fishing, Inc.
By its Attorney,

*/s/ J. Renn Olenn*
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Dated: 5/6/04