JRO:CLI:jmr 37156 pleading/37156RFP1.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN WECKSESSER, JR.          )
                              )
        VS.                   )         C.A. No. 03-12448 REK
                              )
F/V KATRINA LEE and           )
CPR FISHING, INC.             )

## DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Now comes the defendant's response to plaintiff's request for production in accordance with the Federal Rules of Civil Procedure.

**Request No. 1:**  Medical reports concerning diagnosis and/or treatment of injuries out of the accident which is the subject matter of this litigation subsequent to the said accident.

**Response:**  Plaintiff's medical records are being collected at this time by medical authorization. Copies of the same will be produced to plaintiff's counsel upon receipt.

**Request No. 2:**  All records, including but not limited to marine index/insurance index records concerning accident to and/or injuries sustained by the plaintiff prior to and subsequent to the accident which is the subject matter of this litigation.

**Response:**  None in the defendant's possession, custody and/or control. However, such material is attorney work product.

**Request No. 3:**  Statements or memoranda of statements, either written or oral, signed or unsigned, that were made by the plaintiff.

**Response:**  None in the defendant's possession, custody and/or control.

**Request No. 4:**  Statements or memoranda of statements, either written or oral, signed or unsigned, that were made by any person pertaining to the facts and circumstances surrounding the plaintiff's accident.

1

**Response:** None in the defendant's possession, custody and/or control. However, such material, if discovered may be in anticipation of litigation. The defendant has no statement of the plaintiff.

**Request No. 5:** Copy of log entry reports or any other writing concerning plaintiff's alleged injury.

**Response:** None.

**Request No. 6:** Copy of information pertaining to the gross shares of a crew member aboard the F/V DEESIE from the date of plaintiff's alleged injury to the present.

**Response:** Unknown.

**Request No. 7:** Statements or memoranda of statements, either written or oral, signed or unsigned, that were made by witnesses to the plaintiff's accident or by any persons who were in the area of the accident, prior to, at the time of, or after the accident.

**Response:** None in the defendant's possession, custody and/or control. However such material is usually made in anticipation of litigation or work product.

**Request No. 8:** Photographs of copies of photographs of the area or equipment or scene at which the plaintiff was at the time of the accident.

**Response:** None in the defendant's possession, custody and/or control.

**Request No. 9:** Photographs or copies of photographs of the machinery, area, appliances and/or equipment on, near, about or with which the plaintiff was injured.

**Response:** None in the defendant's possession, custody and/or control.

**Request No. 10:** Inspection reports, examination or reports of tests, inspection or survey concerning the matter, equipment or area on, in, or about which the plaintiff was located or working at the time of the accident made prior to, or subsequent to, the accident.

**Response:** None known.

**Request No. 11:** Memoranda, tests, reports or surveys concerning the area, matter and/or the location where the plaintiff was injured at the time of the accident made prior to or subsequent to, the accident

**Response:** The only report the defendant is aware of is the U.S. Coast Guard report which was produced by plaintiff's counsel.

**Request No. 12:** Any written or oral instructions, regulations, practices or customs in effect at the time and place of the alleged incident which relate to the happenings of the said injury.

**Response:** Objection, overbroad, burdensome. Defendant will respond to a more specific request directed to the facts of this case.

**Request No. 13:** Any business records, data, memos or papers which pertain to the manner of the happening of said accident and all items of damage to the plaintiff flowing from the said accident.

**Response:** None in the custody, care or control of this defendant.

**Request No. 14:** Blueprints, plans, chalks, charts, diagrams, drawings, maps or other visual reproductions or any of the persons, matters, places or things involved in this action.

**Response:** Other than documentation enclosed in the U.S. Coast Guard report, there is none known to these defendants. The defendant's preparation of such material is protected work product and trial preparations.

**Request No. 15:** A copy of the Coast Guard documentation or registration of the F/V KATRINA LEE

**Response:** See attached Commercial Fishing Industry Boarding Report of 9/8/03 and certificate of documentation of the F/V KATRINA LEE.

**Request No. 16:** Any and all surveillance photographs or surveillance video tapes or moving pictures of the plaintiff.

**Response:** None at this time.

**Request No. 17:** Please attach a copy of any and all applicable insurance policies relating to P & I (Protection and Indemnity) coverage and/or excess coverage including any and all riders, endorsements or other documents that are included as part of any applicable insurance policy.

**Response:** Objection, see defendant's answer to interrogatory number 14.

DEFENDANTS,
By their Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on May 19, 2004 to:

David Kaplan, Esq.
The Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA 02210

-4-