# THE KAPLAN / BOND GROUP

David B. Kaplan
Thomas M. Bond
Tracey N. Kaplan

*Attorneys at Law and Proctors in Admiralty*
*Boston Fish Pier, West Building, Suite 304*
*Boston, Massachusetts 02210*
*(617) 261-0080   FAX (617) 261-1558*

December 3, 2003

**Civil Clerk's Office**
**United States District Court**
**1 Courthouse Way**
**John Joseph Moakley U.S. Courthouse**
**Boston, Massachusetts 02210**

Attention: Karen Folan
           Docket Clerk for Honorable Judge Robert E. Keeton

Re:   John Weckesser, Jr. v. F/V KATRINA LEE and CFR FISHING, INC.
      Civil Action No. 03-12448-REK

Dear Ms. Folan:

We refer to the above referenced matter and the Scheduling Conference which is presently scheduled for June 10, 2004.

The parties have arranged for a Mediation with Brian Flanagan, Esquire serving as mediator, to be held on June 21, 2004 and it is therefore requested that the Scheduling Conference presently scheduled for June 10, 2004, be postponed until after the mediation has been concluded.

Thank you in anticipation of your kind cooperation.

Very truly yours,

*David B Kaplan*
DAVID B. KAPLAN
DBK/js
cc: Renn Olenn, Esquire