JRO:CLI:pac  37156  \pleading\37156stip3.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN WECKSESSER, JR. | ) |
| | ) |
| VS. | )  C.A. No. 03-12448 REK |
| | ) |
| F/V KATRINA LEE and | ) |
| CPR FISHING, INC. | ) |

**STIPULATION**

The defendants may have up to and including June 9, 2004 within which to respond or object to plaintiff's interrogatories and request for production of documents.

_____
David B. Kaplan, Esq. BBO#258540
**Attorney for Plaintiff**
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA 02205-1404
PHONE: (617)261-0080

_____
J. Renn Olenn, Esq. BBO#642090
**Attorney for Defendants**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Dated:  May 13, 2004