UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN WECKSESSER, JR.        )
                            )
VS.                         )        C.A. No. 03-12448 REK
                            )
F/V KATRINA LEE and         )
CPR FISHING, INC.           )

**ASSENTED TO MOTION TO**
**CONTINUE SCHEDULING CONFERENCE**

The parties hereby move to continue the scheduling conference which is currently scheduled for June 29, 2004, at 12:00 p.m. to a date and time in September, 2004, in order to allow the matter to be mediated.

In support of this motion, the parties state that the mediation has been delayed pending the collection of essential medical records by Dr. Robert F. Chatfield-Taylor, Jr. who has recently been ill. According to representations made by Dr. Chatfield-Taylor's secretary, the medical records will be produced upon his return to the office. Therefore, the parties make this assented to motion to continue the scheduling conference in this matter to September, 2004.

Respectfully submitted,

_/s/ David B. Kaplan_
David B. Kaplan, Esq. BBO#258540
**Attorney for Plaintiff**
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA 02205-1404
PHONE: (617)261-0080

*J. Renn Olenn* (signature)
J. Renn Olenn, Esq. BBO#642090
**Attorney for Defendants**
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Dated: June 29, 2004