# THE KAPLAN / BOND GROUP

*David B. Kaplan*
*Thomas M. Bond*
*Tracey N. Kaplan*

*Attorneys at Law and Proctors in Admiralty*
*Boston Fish Pier, West Building, Suite 304*
*Boston, Massachusetts 02210*
*(617) 261-0080   FAX (617) 261-1558*

September 8, 2004

Karen Folan
Docket Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   John Weckesser, Jr. v. F/V KATRINA LEE and CFR FISHING, INC.
      Civil Action No. 03-12448-REK

Dear Ms. Folan:

By agreement of the parties it is respectfully requested that the above-referenced matter be continued for 30 days in order that the appropriate medical records be obtained to enable a successful mediation.

The treating physician has become ill and the new doctor has been unable to satisfy the requirement for a medical report. It is anticipated that all of this can be accomplished within the next 30 days.

Very truly yours,

*/s/ David B. Kaplan*
DAVID B. KAPLAN

Assented to:

*/s/ J. Renn Olenn*
J. RENN OLENN