UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**John Weckesser**                               CIVIL
           **Plaintiff**

                                            CASE NO. **03-12448-REK**
       V.

**F/V Katrina Lee, et al.**
           **Defendant**

## NOTICE OF HEARING

**Keeton, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been reset for _____

**A scheduling conference on October 19, 2004** at **2:00 P.M.**

before Judge **Keeton** in Courtroom # **3** on the **3rd** floor.

                                                                 TONY ANASTAS,
                                                                 CLERK OF COURT

    **9/9/04**                              By:   **/s/ Karen P. Folan**
      Date                                          Deputy Clerk

**Notice mailed to:**

(Notice of Hearing.wpd - 7/99)                              [kntchrgcnf.]
                                                                                           [ntchrgcnf.]