UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
JOHN WECKESSER, JR.              *     C.A. NO.:03-12448-REK
                                 *
        Plaintiff                *
                                 *
v.                               *
                                 *
F/V KATRINA LEE and              *
CPR FISHING, INC.                *
        Defendants               *
* * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE
## SCHEDULING CONFERENCE

Now comes the plaintiff, John Weckesser, Jr., in the above-captioned action, and respectfully moves this court for a thirty (30) day extension of the Scheduling Conference.

Plaintiff requests that the Scheduling Conference originally scheduled for October 19, 2004 at 2:00 p.m. be rescheduled for November 19, 2004 at 10:30 a.m.

This motion has been assented to by the defendant's counsel.

**WHEREFORE**, the plaintiff respectfully requests that this motion be allowed and the

Scheduling Conference be rescheduled to November 19, 2004 at 10:30 a.m.

Respectfully submitted,
by Plaintiff's Attorney,

**THE KAPLAN/BOND GROUP**

DAVID B. KAPLAN, ESQUIRE
BBO #258540
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

**ASSENTED TO:**

By Defendant's Attorneys:
**OLENN & PENZA, LLP**

J. RENN OLENN, ESQUIRE
BBO #0623
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each party
by mail (by hand) on _____