# THE KAPLAN / BOND GROUP

David B. Kaplan
Thomas M. Bond
Tracey N. Kaplan

*Attorneys at Law and Proctors in Admiralty*
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210

(617) 261-0080
Fax (617) 261-1558

November 5, 2004

<u>SENT BY FACSIMILE TO (617) 748-9772</u>
<u>And by REGULAR UNITED STATES MAIL</u>

**Civil Clerk's Office**
**United States District Court**
**1 Courthouse Way**
**John Joseph Moakley U.S. Courthouse**
**Boston, Massachusetts 02210**

Attention:   Karen Folan
             Docket Clerk for Honorable Judge Robert E. Keeton

Re:   *John Weckesser, Jr. v. F/V KATRINA LEE and CFR FISHING, INC.*
      Civil Action No. 03-12448-REK

Dear Ms. Folan:

We refer to the above referenced matter and the Scheduling Conference which is presently scheduled for November 17, 2004.

The parties have arranged for a Mediation with Brian Flanagan, Esquire serving as mediator, to be held on November 16, 2004, and it is therefore requested that the Scheduling Conference presently scheduled for November 17, 2004, be postponed until after December 1, 2004 so that the mediation can be concluded.

Thank you in anticipation of your kind cooperation.

Very truly yours,

David B. Kaplan
DAVID B. KAPLAN

DBK/cms

cc:   J. Renn Olenn, Esquire