UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| JOHN WECKESSER, JR. * | C.A. NO.:03-12448-REK |
| * | |
| Plaintiff * | |
| * | |
| v. * | |
| * | |
| F/V KATRINA LEE and * | |
| CPR FISHING, INC. * | |
| Defendants * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S SECOND ASSENTED TO MOTION
TO CONTINUE SCHEDULING CONFERENCE**

Now comes the plaintiff, John Weckesser, Jr., in the above-captioned action, and respectfully moves this court for a sixty (60) day extension of the Scheduling Conference.

Plaintiff requests that the Scheduling Conference originally scheduled for December 9, 2004 at 2:00 p.m. be rescheduled for February 10, 2004 at 2:00 p.m.

This motion has been assented to by the defendant's counsel.

**WHEREFORE**, the plaintiff respectfully requests that this motion be allowed and the Scheduling Conference be rescheduled to February 10, 2004 at 2:00 p.m.

                                                Respectfully submitted,
                                                by Plaintiff's Attorney,

                                                **THE KAPLAN/BOND GROUP**

                                                "/s/ David B. Kaplan"_____
                                                DAVID B. KAPLAN, ESQUIRE
                                                BBO #258540
                                                88 Black Falcon Avenue, Suite 301
                                                Boston, MA 02210
                                                (617) 261-0080

**ASSENTED TO:**

By Defendant's Attorneys:
**OLENN & PENZA, LLP**

"/s/ J. Renn Olenn"_____
J. RENN OLENN, ESQUIRE
BBO #0623
530 Greenwich Avenue
Warwick, RI  02886
(401) 737-3700

Date:   December 8, 2004