UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
JOHN WECKESSER, JR.            *      C.A. NO.: 03-12448-REK
                               *
      Plaintiff                *
                               *
v.                             *
                               *
F/V KATRINA LEE and            *
CPR FISHING, INC.              *
      Defendants               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**PLAINTIFF'S THIRD ASSENTED TO MOTION
TO CONTINUE SCHEDULING CONFERENCE**

      Now comes the plaintiff, John Weckesser, Jr., in the above-captioned action, and respectfully moves this court for a thirty (30) day extension of the Scheduling Conference.

      Plaintiff requests that the Scheduling Conference originally scheduled for February 10, 2005 at 2:00 p.m. be rescheduled for March 10, 2005 at 2:00 p.m.

      This motion has been assented to by the defendant's counsel.

**WHEREFORE**, the plaintiff respectfully requests that this motion be allowed and the Scheduling Conference be rescheduled to March 10, 2005 at 2:00 p.m.

        Respectfully submitted,
        by Plaintiff's Attorney,

        **THE KAPLAN/BOND GROUP**

        "/s/ David B. Kaplan"_____
        DAVID B. KAPLAN, ESQUIRE
        BBO #258540
        88 Black Falcon Avenue, Suite 301
        Boston, MA 02210
        (617) 261-0080

**ASSENTED TO:**

By Defendant's Attorneys:
**OLENN & PENZA, LLP**

"/s/ J. Renn Olenn"_____
J. RENN OLENN, ESQUIRE
BBO #0623
530 Greenwich Avenue
Warwick, RI  02886
(401) 737-3700

Date:   January 18, 2005