UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
JOHN WECKESSER, JR.            *    C.A. NO.: 03-12448-REK
                               *
     Plaintiff                 *
                               *
v.                             *
                               *
F/V KATRINA LEE and            *
CPR FISHING, INC.              *
     Defendants                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above action that The Kaplan/Bond Group

has relocated its office to:

**The Kaplan/Bond Group**
**88 Black Falcon Avenue, Suite 301**
**Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

                         Respectfully submitted,
                         By his attorneys,

                         /s/ David B. Kaplan
                         DAVID B. KAPLAN, ESQUIRE
                         BBO NO.: 258540
                         THE KAPLAN/BOND GROUP
                         88 Black Falcon Avenue, Suite 301
                         Boston, MA  02210
                         (617) 261-0080
                         (617) 261-1558 Fax

Dated: March 7, 2005