UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Weckesser, Jr.
    Plaintiff

v.                                                       Civil Action No.03-12448-REK

F/V Katrina Lee, et al.
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

    The Court having been advised by counsel for the plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

                                                          By the Court,

                                                          /S/ Karen P. Folan

3/10/05                                                _____
  Date                                                 Karen P. Folan
                                                        Courtroom Clerk

Case 1:03-cv-12448-REK     Document 20     Filed 03/10/2005     Page 2 of 2